01-15-01086-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

December 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 10:26:48 AM
CHRISTOPHER A. PRINE
Clerk

KYLE B. JOHNSON
ATTORNEY OF RECORD
917 FRANKLIN, SUITE 320
HOUSTON, TX 77002

Defendant's Name: KEVIN RAMIREZ

Cause No: 1385133

Court: 182ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12/15/15
**Sentence Imposed Date:** 09/30/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** KYLE B. JOHNSON

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

1385133

22/999
22/993
13/995

1301 Franklin

Houston TX, 77002

182 District Court

18th Floor

Kevin Ramirez
Pin# 02675186
TDC# 02027063
4250 Hwy. 202
Beevile T,X 78102
Reason of Appeal
Agg. Robbery Deadly weap.

Dec 7, 2015     Notice of Appeal

I would to Notified Said Court 182 District Court of my wish to Appeal Conviction on Sept 9, 2015, for Aggravated Robbery.

I am also Indigent, and would like a Court appointed Attorney.
        (appeal)          Thank you
                          Sincerly.
                          _____ -2027063

FILED
Chris Daniel
District Clerk
DEC 15 2015
Time: _____
Harris County, Texas
By _____
        Deputy

 

Cause No. 1385133

THE STATE OF TEXAS

v.

KEVIN RAMIREZ , Defendant

IN THE 182 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☑    is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐    the defendant has waived the right of appeal.

JUL 2 0 2015
72015

FILED
Chris Daniel
District Clerk

_____    _____   Time: JUL 2 0 2015
Judge                     Date Signed

By _____ Harris County, Texas

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Kevin Ramirez                  _____
Defendant                                 Defendant's Counsel

Mailing Address: _____    State Bar of Texas ID number: 0811515 0

Telephone number: _____    Mailing Address: _____

Fax number (if any): _____    Telephone number: _____

                                                Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

1 st

# APPEAL CARD

11 - 29 - 15

Court
182

Cause No.
13951330l0l0

## The State of Texas
### Vs
Ramirez, Kenn

9-30-15

**Date Notice
Of Appeal:** December 15, 2015

**Presentation:** Vol.\_\_\_\_\_ Pg.\_\_\_\_\_

**Judgment:** Vol.\_\_\_\_\_ Pg.\_\_\_\_\_

**Judge Presiding** Jeannine Barr
**Court Reporter** Roxanne Wiltshire
**Court Reporter**
**Court Reporter**

**Attorney
on Trial** Corey Scott Gomel

**Attorney
on Appeal** To Be Determined

Appointed ✓ Hired\_\_\_\_\_

**Offense** Aggravated Robbery - Deadly weapon

**Jury Trial:** Yes\_\_\_\_\_ No ✓

**Punishment
Assessed** 25 years TDC

**Companion Cases
(If Known)** N/A

**Amount of
Appeal Bond** $0

**Appellant
Confined:** Yes ✓ No\_\_\_\_\_

**Date Submitted
To Appeal Section** 12/15/15

**Deputy Clerk** W. Grant

Notice of Appeal Card Rev. 9/84